STATE OF CONNECTICUT *v.* ALEX MALAVE

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 597 (AC 15615), is granted, limited to the following issue:

"As a matter of policy, should the adverse witness rule of *Secondino* v. *New Haven Gas Co.*, 147 Conn. 672 (1960), be abandoned?"

The Supreme Court docket number is SC 15898.

*Brien P. Horan* and *Lisa Gizzi,* in support of the petition.

Decided March 25, 1998

PERCELL BLAKENEY *v.* COMMISSIONER OF CORRECTION

The petitioner Percell Blakeney's petition for certification for appeal from the Appellate Court, 47 Conn. App. 568 (AC 15788), is denied.

*Timothy H. Everett* and *Nicole Anker,* legal intern, in support of the petition.

*Paul J. Ferencek,* assistant state's attorney, in opposition.